FILED
CLERK, U.S. DISTRICT COURT

NOV 3 0 2018

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | ~~2:18-MJ-3173-DUTY~~   18MJ3173 |
| v. | |
| JACKSON UVALLE | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of <u>defendant</u> _____, IT IS ORDERED that a detention hearing is set for <u>December 3</u> _____, <u>2018</u>, at <u>4:00</u> ☐a.m. / ☒p.m. before the Honorable <u>Karen L. Stevenson</u> _____, in Courtroom <u>580</u> _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
         *(Other custodial officer)*

Dated: <u>November 30, 2018</u>

                           U.S. ~~District Judge~~/Magistrate Judge